# *IN THE DISTRICT COURT OF THE UNITED STATES*

# *for the Western District of New York*

JULY 2021 GRAND JURY
(Impaneled 7/30/2021)

| | |
|---|---|
| **THE UNITED STATES OF AMERICA** | **INDICTMENT** |
| *-vs-* | **Violations:**<br>Title 18, United States Code,<br>Sections 751(a) and 4082(a)<br>(1 Count) |
| **BRANDON LOYD** | |

### COUNT 1

**(Escape from Custody)**

**The Grand Jury Charges That:**

On or about December 18, 2021, and continuing until on or about December 24, 2021, in the Western District of New York, and elsewhere, the defendant, **BRANDON LOYD**, did knowingly, willfully, and unlawfully fail to remain within the extended limits of his confinement and did escape from the Community Resources for Justice, Lighthouse Buffalo Residential Reentry Center, in Buffalo, New York, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Western District of New York upon

conviction for violations of Title 18, United States Code, Sections 924(c)(1)(A)(ii), 2113(a), and 2113(d).

**All pursuant to Title 18, United States Code, Sections 751(a) and 4082(a).**

DATED:  Buffalo, New York, June 1, 2022.

                                TRINI E. ROSS
                                United States Attorney

BY:   S/_____
        PIERRE RICHARD ANTOINE
        Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York 14202
        716/843-5884
        Richard.antoine@usdoj.gov

A TRUE BILL:

S/_____
FOREPERSON