IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      v.                                                                                  22-CR-84-A

BRANDON LOYD,

                              Defendants.

---

## GOVERNMENT'S WITNESS LIST

THE UNITED STATES OF AMERICA, by and through its attorneys, Trini E. Ross, United States Attorney for the Western District of New York, P. Richard Antoine, Assistant United States Attorney, of counsel, hereby files its witness list, which briefly outlines the testimony the government expects to elicit from each witness.

1.     **Robert Colunga, Special Agent, FBI (Buffalo, NY)**

**Date:  October 10, 2023     Time/Length of testimony: 30 minutes**

Special Agent Colunga will testify about his investigation of the case, leading to the arrest of the defendant on December 24, 2021.

2.     **Keith Edward Bender, Special Agent, FBI (Buffalo, NY)**

**Date:  October 10, 2023     Time/Length of testimony: 30 minutes**

Special Agent Bender will testify as the lead case agent about his role in the investigation, which led to the arrest of the defendant on December 24, 2021.

3. **Jackie Diggs, Lighthouse Buffalo Residential Reentry Center, (RRC) (Buffalo, NY)**

**Date: October 10, 2023    Time/Length of testimony: 30 minutes**

Ms. Diggs will testify in her capacity as Facility Director of the Community Resources for Justice during the defendant's stay at RRC. She will testify about the RRC's policies and procedures, the RRC's Resident Handbook, the RRC's relationship with the Bureau of Prisons ("BOP"), her interactions with the defendant, and the defendant's conduct while at RRC.

4. **Kimberly Kadiolka, Lighthouse Buffalo Residential Reentry Center (RRC) (Buffalo, NY)**

**Date: October 10, 2023    Time/Length of testimony: 30 minutes**

Ms. Kadiolka will testify to the RRC's policies and procedures, and the defendant's incident records during his time at the RRC.

5. **Nia Temples, Lighthouse Buffalo Residential Reentry Center (RRC) (Buffalo, NY)**

**Date:  October 10, 2023    Time/Length of testimony: 1 hour**

Ms. Temples will testify in her capacity as Program Monitor at the RRC during the defendant's tenure at the facility. She will testify that she observed the defendant walk out of the facility on December 18, 2021 with all his belongings without authorization. Ms. Temples will testify to conversations she had with the defendant and steps she took to try convincing the defendant to return to RRC. Ms. Temples will testify about the RRC's policies and

procedures, the RRC's relationship with the Bureau of Prisons (BOP), the defendant's incident records during his time at the RRC, as well as the RRC's Resident Handbook.

6. **Anthony Mori, Residential Reentry Center Manager** (Pittsburgh, PA)

Date:  October 10, 2023     Time/Length of testimony: 1 hour

Mr. Mori will testify to his capacity as the Residential Reentry Manager at BOP during the defendant's time at the RRC.  He will testify to the RRC's relationship with BOP, specifically that RRC residents remain under BOP custody.  Mr. Mori will also testify about the Residential Drug Abuse Program ("RDAP") and the consequences inmates face for failing to abide by the rules laid out in the handbook.

7. **Chul Lim, Deputy Marshal, USMS** (Buffalo, NY)

Date:  October 10, 2023     Time/Length of testimony: 45 minutes

Deputy Lim will testify about his investigation which led to the arrest of the defendant on December 24, 2021.

8. **Scott Baryza, Deputy Marshal, USMS** (Buffalo, NY)

Date:  October 10, 2023     Time/Length of testimony: 30 minutes

Deputy Baryza will testify about his role in the investigation which led to the arrest of the defendant on December 24, 2021.

9. <u>**Bureau of Prison Representative**</u>

**Date: October 10, 2023     Time/Length of testimony: 30 minutes**

A BOP representative may testify about the defendant's conviction and time spent at various BOP facilities.

DATED: Buffalo, New York, September 12, 2023.

                                          TRINI E. ROSS
                                          United States Attorney

BY:    s/ Pierre Richard Antoine
         Assistant United States Attorney
         United States Attorney's Office
         Western District of New York
         138 Delaware Avenue
         Buffalo, New York 14202
         (716) 843-5884
         Richard.Antoine@usdoj.gov